UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rosemary Schuch,

Plaintiff,

and

Fisher Scientific International and Kemper Insurance Companies,

Intervenors,

v.

Villaume Industries, Inc., Industrial Service, Inc., and Scott Alyn Matz,

Defendants.

File No: 01-CV-673 JMR/FLN

**ORDER**

Based upon the Stipulation of the parties, the Motion of Fisher Scientific International and Kemper Insurance Companies is hereby granted in all respects, and the caption of the case shall be amended as reflected herein.

BY THE COURT:

Franklin L. Noel
Chief United States Magistrate Judge

Dated this 21st day of November 2001.

FILED NOV 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rosemary Schuch,

Plaintiff,

and

Fisher Scientific International and Kemper Insurance Companies,

Intervenors,

v.

Villaume Industries, Inc., Industrial Service, Inc., and Scott Alyn Matz,

Defendants.

File No: 01-CV-673 JMR/FLN

**STIPULATION TO ALLOW INTERVENTION UNDER FED. R. CIV. P. 24**

---

The undersigned do not oppose or objection to intervention by Fisher Scientific International and Kemper Insurance Companies in the above matter. Therefore, the parties hereto respectfully agree that the Court may enter the attached Order Allowing Intervention pursuant to this Stipulation.

Dated: Sept 28, 2001

LINDQUIST & VENNUM P.L.L.P.

By: [signature]
Kurtis A. Greenley, #37527
Attorneys for Plaintiff
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211

Dated: 10/6, 2001

CONLEY & BORGESON

By: [signature]
Gay B. Urness #011855
Attorneys for Defendant Villaume Industries
Court Intn'l., Suite 220 South
2550 University Avenue W.
St. Paul, MN 55114-1052
(651) 603-1510

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: 10-30, 2001

GISLASON, MARTIN & VARPNESS

By: ______________________
James T. Martin #68044
Attorneys for Defendants Industrial Service, Inc. and Scott Alyn Matz
7600 Parklawn Ave. So., Suite 444
Edina, MN 55435
(952) 831-5793

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500