UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-673 (JMR/FLN)

| | | |
|---|---|---|
| Rosemary Schuch, Individually and as Trustee for the next-of-kin of Jerome P. Schuch, Decedent, et al. | ) | |
| v. | ) | ORDER OF REFERENCE |
| Villaume Industries, Inc., et al | ) | |

IT IS HEREBY ORDERED that this case be referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for all further proceedings and the entry of judgment, in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and the foregoing consent of the parties.

Dated: June 24, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

JUN 2 4 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS