**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Rosemary Schuch, Individually and as Trustee for the Next-of-Kin of Jerome P. Schuch, Decedent,

Plaintiff,

and

Fisher Scientific International and Kemper Insurance Companies,

Intervenors,

v.

Villaume Industries, Inc., a Minnesota Corporation, Industrial Service, Inc., a Minnesota Corporation, and Scott Alyn Matz,

Defendants.

Civil File No. 1-CV-673 (JMR/FLN)

**SUPPLEMENTAL ORDER FOR DISTRIBUTION OF WRONGFUL DEATH PROCEEDS TO JENNIFER SCHUCH, A MINOR**

---

On August 12, 2003, this Court held a hearing on the Verified Petition of Rosemary Schuch, as Trustee and Individually, for distribution of settlement proceeds, arising out of the wrongful death of Jerome P. Schuch. By Order dated August 12, 2003, this Court approved the Verified Petition and ordered and directed distribution of the settlement proceeds. As part of the Order for Distribution of Settlement Proceeds, it was ordered that the sum of $100,000 be paid to Jennifer Schuch as surviving daughter of Jerome P. Schuch. Jennifer Schuch is presently 17 years of age, having been born on May 14, 1986. As such, she is a minor.

In accordance with L.R. 17.1 of the United States District Courts for the District of Minnesota, Minn. Stat. § 573.02, and Rule 144.05 of the Rules of Practice for the District Courts for the State of Minnesota,

Doc# 1787688/1

FILED 8-12-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**IT IS HEREBY ORDERED:**

1. That with respect to the settlement proceeds to be paid to Jennifer Schuch, the payment shall be invested in one or more Certificates of Deposit with Quad City Bank & Trust, 2118 Middle Road, Bettendorf, Iowa 52722, in the name of Jennifer Schuch, Social Security No. 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. These Certificate[s] of Deposit shall have a maturity date on or after May 14, 2004, the date upon which Jennifer Schuch reaches her 18th birthday.

2. Quad City Bank & Trust shall issue one or more Certificates of Deposit documents which shall be transmitted to the Clerk of the United States District Court, District of Minnesota, to be held for safekeeping as part of this matter under Court File No. 1-CV-673. A copy of this Supplemental Order for Distribution of Wrongful Death Proceeds to Jennifer Schuch shall be delivered to the financial institution providing the Certificate[s] of Deposit.

3. Quad City Bank & Trust shall acknowledge by use of a form substantially similar to the RECEIPT OF MINOR SETTLEMENT ORDER AND FUNDS attached hereto, its receipt of a copy of this Supplemental Order for Distribution of Wrongful Death Proceeds to Jennifer Schuch and that no disbursement of the funds represented by the Certificate[s] of Deposit shall be made prior to May 14, 2004, the date when Jennifer Schuch reaches her 18th birthday.

4. Quad City Bank & Trust shall not make any disbursements of funds from the Certificate[s] of Deposit until after May 14, 2004, the date when Jennifer Schuch reaches her 18th birthday.

5. The Certificate[s] evidencing the amounts of the deposit, which will have been previously transmitted to the Clerk of the United States District Court, District of Minnesota, to be held as safekeeping as part of this matter under Court File No. 1-CV-673, shall be released to

Jennifer Schuch by the Clerk of Court on or after May 14, 2004, the date when Jennifer Schuch reaches the age of 18.

6. The application for release of funds, either before or upon the age of majority, may be made by use of a form substantially similar to the COMBINED MOTION AND ORDER FOR RELEASE OF MINOR SETTLEMENT FUNDS attached hereto.

7. The Trustee shall file, or cause to be filed, timely State and Federal Income Tax returns on behalf of the minor.

8. Rosemary Schuch, as Trustee and as Mother and Natural Guardian of Jennifer Schuch, is authorized to execute all documents necessary to effect the terms of this Supplemental Order.

Dated: August 12, 2003

BY THE COURT:

Franklin L Noel

United States Magistrate Judge
Franklin L. Noel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Rosemary Schuch, Individually and as Trustee for the Next-of-Kin of Jerome P. Schuch, Decedent,

Plaintiff,

and

Fisher Scientific International and Kemper Insurance Companies,

Intervenors,

v.

Villaume Industries, Inc., a Minnesota Corporation, Industrial Service, Inc., a Minnesota Corporation, and Scott Alyn Matz,

Defendants.

Civil File No. 1-CV-673 (JMR/FLN)

**RECEIPT OF MINOR SETTLEMENT ORDER AND FUNDS**

---

1. Quad City Bank & Trust, 2118 Middle Road, Bettendorf, Iowa 52722 ("Financial Institution") acknowledges receipt of the sum of $100,000 on behalf of Jennifer Schuch in this action.

2. Financial Institution acknowledges receipt of the Supplemental Order for Distribution of Wrongful Death Proceeds to Jennifer Schuch, a Minor, dated August 12, 2003, in this action, and that the funds delivered remain subject to that Order in the account specified below:

| | |
|---|---|
| Name of Depository: | Quad City Bank & Trust |
| Branch Name: | |
| Branch Address: | 2118 Middle Road<br>Bettendorf, Iowa 52722 |
| Certificate Number: | |
| Date Certificate Purchased: | |
| Current Balance: | $ |

Doc # 1791577.1

3. This deposit is a federally insured Certificate[s] of Deposit, and no withdrawal of either principal or interest shall be allowed by Financial Institution without a signed court order in this case.

Dated:________________ Type or Print Name ________________________________

Signature ________________________________

# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

Civil File No. 1-CV-673 (JMR/FLN)

Rosemary Schuch, Individually and as Trustee for the Next-of-Kin of Jerome P. Schuch, Decedent,

Plaintiff,

and

Fisher Scientific International and Kemper Insurance Companies,

Intervenors,

v.

Villaume Industries, Inc., a Minnesota Corporation, Industrial Service, Inc., a Minnesota Corporation, and Scott Alyn Matz,

Defendants.

**COMBINED MOTION AND ORDER FOR RELEASE OF MINOR SETTLEMENT FUNDS**

1. Jennifer Schuch requests an Order permitting withdrawal of funds now held in Certificate[s] of Deposit pursuant to a Supplemental Order for Distribution of Wrongful Death Proceeds to Jennifer Schuch, a Minor, approved in this action on August 12, 2003, in that the Minor is now past the age of majority – her date of birth is May 14, 1986.

2. Funds are now held on behalf of Jennifer Schuch in the following account:

| | |
|---|---|
| Name of Depository: | Quad City Bank & Trust |
| Branch Name: | |
| Branch Address: | 2118 Middle Road |
| | Bettendorf, Iowa 52722 |
| Certificate Number: | |
| Date Certificate Purchased: | |
| Current Balance: | $ |

3. Previous withdrawals from the account, each of which was approved by the Court, are as follows:

__________ None

*or*

__________ $__________ on ____________ for the purpose of ______________________________.

__________ $__________ on ____________ for the purpose of ______________________________.

4. Jennifer Schuch seeks the release of funds in the amount of $__________ for the following reason:

_________ Minor has reached the age of 18 and this is a final distribution;

*or*

_________ the funds will be used for the benefit of the minor in the following way:______________________________
______________________________
______________________________
______________________________

5. Funds should be disbursed as follows:

$__________ to ______________________________

$__________ to ______________________________

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct and that any funds released pursuant to this request will be used for the benefit of the minor and in the way stated.

Dated:__________ Type or Print Name ______________________________

Signature ______________________________

**ORDER APPROVING RELEASE OF FUNDS**

Pursuant to the foregoing Motion,

IT IS HEREBY ORDERED that

1. Jennifer Schuch is authorized to withdraw funds to be made payable as follows:

$____________ to ______________________________________________

$____________ to ______________________________________________

2.__________ This is a final distribution of funds from this account and the account may accordingly be closed following this final distribution.

*or*

__________ This is not a final distribution of funds and this account must be maintained as to the remaining funds and subject to all restrictions on distribution previously ordered.

3. Other provisions:______________________________________________

______________________________________________________________

______________________________________________________________.

Dated:__________________

BY THE COURT:

______________________________________

United States Magistrate Judge Franklin L. Noel