UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rosemary Schuch, individually and as as Trustee for the Next-of-Kin of Jerome P. Schuch, Decedent,

Plaintiff,

and

Fisher Scientific International and Kemper Insurance Companies,

Intervenors,

vs.

Villaume Industries, Inc., Industrial Service, Inc., and Scott Alyn Matz,

Defendants.

FILE NO: 01-CV-673 JMR/FLN

**STIPULATION OF DISMISSAL**

---

The above-entitled action, having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the parties hereto through their undersigned attorneys that the same may be, and it hereby is, dismissed on its merits and with prejudice but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED that without further notice a judgment of dismissal with prejudice and upon the merits, and without costs or disbursements to any of the parties may be entered herein.

FILED SEP 11 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: 8/12/03

LINDQUIST & VENNUM, PLLP

By ______________________________
Edward M. Glennon (#35403)
Kurtis A. Greenley (#37527)
Attorneys for Plaintiff
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

Dated: 9/9/03

GISLASON, MARTIN & VARPNESS, P.A.

By ______________________________
James T. Martin (#68044)
Attorneys for Defendants
7600 Parklawn Avenue South
Suite 444
Edina, MN 55435
(952) 831-5793

**ORDER**

IT IS ORDERED that judgment be entered in accordance with the foregoing Stipulation.

Dated: September 11, 2003

______________________________
~~FRANKLIN L. NOEL~~
~~United States Magistrate Judge~~
JAMES M. ROSENBAUM, Chief
United States District Judge