AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Rosemary Schuch et al.

V.

Villaume Industries, Inc. et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-CV-673 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment be entered in accordance with the foregoing Stipulation.

September 11, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Jackie M. Mehl, Deputy Clerk