**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Rosemary Schuch, Individually and as Trustee for the Next-of-Kin of Jerome P. Schuch, Decedent,

Plaintiff,

Civil File No. 1-CV-673 (JMR/FLN)

v.

Fisher Scientific International and Kemper Insurance Companies,

Intervenors,

v.

Villaume Industries, Inc., a Minnesota Corporation, Industrial Service, Inc., a Minnesota Corporation, and Scott Alyn Matz,

Defendants.

**MOTION TO APPROVE RELEASE OF MINOR SETTLEMENT FUNDS**

---

1. Jennifer Elizabeth Schuch requests an Order approving withdrawal of funds previously placed in a Certificate of Deposit pursuant to a Supplemental Order for Distribution of Wrongful Death Proceeds to Jennifer Elizabeth Schuch, a Minor, approved in this action on August 12, 2003. The basis for this Motion is that Jennifer Elizabeth Schuch is now past the age of majority, her date of birth being May 14, 1986.

2. Funds held on behalf of Jennifer Schuch in the following account:

| | |
|---|---|
| Name of Depository: | Quad City Bank & Trust |
| Branch Name: | Bettendorf, Iowa 52722 |
| Branch Address: | 2118 Middle Road<br>Bettendorf, Iowa 52722 |
| Certificate Number: | 141302 |
| Date Certificate Purchased: | 8/28/03 |
| Balance: | $100,827.26 |

3. Previous withdrawals from the account, each of which was approved by the Court, are as follows:

___________ None

*or*

___________ $___________ on _____________ for the purpose of ______________________________________________________________________.

___________ $___________ on _____________ for the purpose of ______________________________________________________________________.

4. Jennifer Elizabeth Schuch seeks approval of the release of funds in the amount of $100,827.26____ for the following reason:

___X_______ Minor has reached the age of 18 and this is a final distribution;

*or*

__________ the funds will be used for the benefit of the minor in the following way:______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

5. Funds to be disbursed as follows:

$100,827.26___ to Jennifer Elizabeth Schuch_________________________________

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct and the funds released will be used for the benefit of Jennifer Elizabeth Schuch.

Dated:7/26/04 Type or Print Name __Jennifer Elizabeth Schuch

Signature_/s/__Jennifer Elizabeth Schuch

Subscribed and sworn to before me
this _26th__ day of _July___, 2004.

/s/ Nicole M. Neyens____________
Notary Public