**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Rosemary Schuch, Individually and as Trustee for the Next-of-Kin of Jerome P. Schuch, Decedent,

Plaintiff,

Civil File No. 1-CV-673 (JMR/FLN)

v.

**ORDER APPROVING RELEASE OF MINOR SETTLEMENT FUNDS**

Fisher Scientific International and Kemper Insurance Companies,

Intervenors,

v.

Villaume Industries, Inc., a Minnesota Corporation, Industrial Service, Inc., a Minnesota Corporation, and Scott Alyn Matz,

Defendants.

---

Pursuant to the Motion for an Order Approving Release of Minor Settlement Funds submitted by Jennifer Elizabeth Schuch,

**IT IS HEREBY ORDERED:**

1. That Jennifer Elizabeth Schuch is authorized to withdraw funds to be made payable as follows:

$100,827.26_____ to Jennifer Elizabeth Schuch___________________________

2.____X_____ This is a final distribution of funds from this account and the account may accordingly be closed following this final distribution.

*or*

__________ This is not a final distribution of funds and this account must be maintained as to the remaining funds and subject to all restrictions on distribution previously ordered.

3. Other provisions: None

Dated: August 6, 2004

BY THE COURT:

S/ *Franklin L. Noel*
United States Magistrate Judge Franklin L. Noel